# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. DAVID PICA                                                    Docket No. 3:02CR00316(DJS)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, EARL D. MACK, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of David Pica who was sentenced to time served for a violation of 18 U.S.C. § 751(a) by the Honorable Dominic J. Squatrito, Senior U.S. District Court sitting in the court at Hartford, Connecticut on April 1, 2003 who fixed the period of supervision at three years which commenced on August 22, 2005 and imposed the general terms and conditions theretofore adopted by the Court and also imposed the special conditions as follows: The defendant shall participate in a substance abuse program either inpatient or outpatient, as approved by the U.S. Probation Office, which may include drug and alcohol testing; The defendant shall be on home confinement during his first three months of supervised release; the defendant shall seek and maintain employment; and the defendant shall obtain his GED. On October 29, 2003, Mr. Pica appeared before the Court for a revocation hearing where his term of supervised release was revoked and he was sentenced to 12 months and 1 day imprisonment, followed by 1 year of supervised release. The following special conditions were ordered: the defendant is to attend substance abuse counseling and mental health counseling; the defendant shall obtain his GED; the defendant shall complete his term of supervised release in the Southern District of Florida. Mr. Pica began supervision on August 23, 2004. He is scheduled to complete supervision on August 24, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
<u>Special Conditions</u>: The defendant has the special condition that he must complete his term of supervised release in the Southern District of Florida. Subsequently, the defendant has began a relationship and would like to permanently relocate to the District of Connecticut.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.
■ To modify the conditions of supervision as follows:

> The defendant shall be allowed to reside within the District of Connecticut for the remainder of his term of supervised release.

The Assistant Federal Public Defender, Gary Weinberger, defense counsel for the defendant has been notified of the request to modify the defendant's conditions. Defense counsel agrees with the request to remove the condition that the defendant complete his term of supervised release in the Southern District of Florida. Assistant U.S. Attorney James Genco has no objections to the proposed modification to Mr. Pica's conditions of supervised release. A signed Waiver of Hearing to Modify Conditions is attached.

**ORDER OF COURT**                                                                              Sworn to By

Considered and ordered this 11th                                                      _____
day of May, 2005 and ordered filed and made                                              Earl D. Mack
a part of the records in the above case                                              United States Probation Officer

_____                                                                 Place _____Hartford, Connecticut_____
The Honorable Dominic J. Squatrito
Senior United States District Judge                                                      Date _____April 29, 2005_____